McLEOD, Respondent, v. DEVOE, Appellant.

(Supreme Court, General Term, First Department.   January 13, 1893.)

Appeal from special term, New York county.
Action by David A. McLeod against John H. Devoe.   From an order vacating a judgment entered against plaintiff December 5, 1892, for $121 costs, defendant appeals.   Affirmed.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

W. Stebbins Smith, (Jacob Fromme, of counsel,) for appellant.
Joseph J. Marrin, for respondent.

PER CURIAM.   The order should be affirmed, with $10 costs and disbursements.

MORRIS et al. v. MAYOR, ETC., OF CITY OF NEW YORK et al.

(Supreme Court, General Term, First Department.   December 16, 1892.)

Action by Theodore W. Morris and others against the mayor, aldermen, and commonalty of the city of New York and the Wallis Iron Works, and Harrison P. Page and others.   From a judgment dismissing complaint, Harrison P. Page and others appeal.   Affirmed.
Argued before O'BRIEN, P. J., and FOLLETT and BARRETT, JJ.

Talcott & Meyer, (W. Talcott, of counsel,) for appellants.
Wilson & Wallis, (H. Wallis, of counsel,) for respondents.

PER CURIAM.   The judgment appealed from should be affirmed, with costs.

ADAMS et al., Respondents, v. OLIN et al., Appellants.

(Supreme Court, General Term, First Department.   December 16, 1892.)

Appeal from special term, New York county.
Proceeding by George N. Adams and Peter T. Barlow, executors of the will of Alice T. Barlow, deceased, against Stephen H. Olin and Peter T. Barlow, executors of the will of Samuel L. M. Barlow, deceased, for an accounting.   From a judgment of the special term affirming the report of the referee in favor of plaintiffs, defendants appeal.   Affirmed.
For former reports see 16 N. Y. Supp. 132, and 18 N. Y. Supp. 899.
Argued before VAN BRUNT, P. J., and O'BRIEN and BARRETT, JJ.

George L. Rives, for appellants.
Holmes & Adams, (George H. Adams, of counsel,) for respondents.

PER CURIAM.   The referee's findings are, in our judgment, supported by the evidence, and we see no reason for disturbing his report upon the facts.   His conclusions of law substantially follow the opinion of this general term, upon the first appeal, and there is nothing in the case as now presented calling for a re-examination of the questions of law which were then discussed.   We do not think that the transactions between Mr. and Mrs. Barlow, proved by the new evidence adduced upon the second and third trials, were inconsistent with the existence of an actual indebtedness upon the account under consideration; nor do we think that this new evidence materially affected the conclusions originally arrived at.   We think the case has now arrived at a stage when all the questions which have been so severely litigated in this court may be fully and appropriately presented to the court of last resort, and that there is nothing in the record which would justify us, in the light of these previous decisions, in again ordering a new trial.   The judgment should therefore be affirmed, with costs.